NO. 07-07-0191-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



OCTOBER 24, 2007


 ______________________________



CINDY BUCKALEW, APPELLANT



V.



DEBBIE RANKIN, TRINA WILLIS, INDIVIDUALLY, AND


AS NEXT FRIEND OF KRISTEN WILLIS AND ALEXIS WILLIS, APPELLEES


_________________________________



FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;



NO. 2005-597,640; HONORABLE PAULA LANEHART, JUDGE


_______________________________



Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION


 The parties have filed an agreed motion to remand this appeal to the trial court. No
decision of this Court having been delivered to date, we grant the motion. Accordingly, the
appeal is dismissed and the trial court's judgment is set aside without regard to the merits
and the appeal is remanded to the trial court for rendition of judgment in accordance with
the agreement of the parties herein. Tex. R. App. P. 42.1(a)(2)(B). All costs incurred shall
be assessed against the appellees. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 


 Mackey K. Hancock

 Justice



 Without passing on the
merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate
Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellants'
request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 


 

 Brian Quinn

 Justice